FILED —— LODGED —— ENTERED —— RECEIVED

AUG 21 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT OF WASHINGTON

at Seattle

UNITED STATES OF AMERICA,

Plaintiff,

vs.

William E. Allen,

Defendant,

Case No. _06 - 430 M_

WAIVER OF RULE 5(c)(3)(D) HEARING

and ORDER OF TRANSFER

### WAIVER OF RULE 5(c)(3)(D) HEARING

I, _____William E. Allen_____, have appeared before a United States Magistrate Judge in the Western District of Washington, who has advised me of the provisions of Rule 20 and of my right to a further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish to waive my right to such further hearing, therefore:

a)   I acknowledge that I am the person named in an indictment, information, or warrant pending in the U. S. District Court for the _____ District of _____Alaska_____;

b)   I waive my right to production of the warrant or of any other original papers relating to these charges or certified copies thereof;

06-MJ-00430-WV

1    c)    If I am entitled to a preliminary examination, I elect to have it conducted in the

2          district where the prosecution is pending; and,

3    d)    I consent to the issuance of an order directing me to appear and answer in said

4          district where the charges are pending.

5

6                        DATED this __21__ day of ____August____, 20___.

7

8    _____              _____

9    Defense Counsel                          Defendant

10

11

12                        ORDER OF TRANSFER

13

14        Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in

15   this case shall be conducted in the U. S. District Court for the _____ District of

16   ___Alaska___. The Clerk of this Court shall forthwith transmit to the Clerk in said

17   district the records of proceedings conducted in this district. Unless the defendant is released on

18   bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district.

19   If released on bond, the defendant is directed to appear in that district for further proceedings at

20   the time and place specified on the bond, or as otherwise directed by court order.

21

22                        DATED this __21st__ day of ____August____, 20_06_.

23

24

25

26   _____

27   United States Magistrate Judge

28