*I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office. ATTEST: BRUCE RIFKIN Clerk, U.S. District Court Western District of Washington By /s/ H. Arent, Zachary, Deputy Clerk*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM ALLEN, ) <br> ) <br> Defendant. ) | Case No. 06 - 430 M <br><br> DETENTION ORDER |

Offenses charged:

    1. Counts 1 - 8: Bank Fraud in violation of 18 U.S.C. § 1344 (1) and (2).

    2. Counts 9 - 16: Passing Counterfeit Money Orders in violation of 18 U.S.C. §500.

    3. Counts 17 - 19: Engaging in Monetary Transactions in Criminally Derived Property in violation of 18 U.S.C. §§ 1344, 1957.

Date of Detention Hearing: August 21, 2006.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    Defendant has stipulated to detention, reserving the right to contest his continued detention when he appears in the District of Alaska.

    IT IS THEREFORE ORDERED:

    (1)    Defendant shall be detained pending his initial appearance in the District of

DETENTION ORDER      15.13
18 U.S.C. § 3142(i)      Rev. 1/91
PAGE 1

```
01          Alaska and shall be committed to the custody of the Attorney General for
02          confinement in a correction facility separate, to the extent practicable, from
03          persons awaiting or serving sentences or being held in custody pending appeal;
04   (2)    Defendant shall be afforded reasonable opportunity for private consultation with
05          counsel;
06   (3)    On order of a court of the United States or on request of an attorney for the
07          government, the person in charge of the corrections facility in which defendant
08          is confined shall deliver the defendant to a United States Marshal for the purpose
09          of an appearance in connection with a court proceeding; and
10   (4)    The Clerk shall direct copies of this Order to counsel for the United States, to
11          counsel for the defendant, to the United States Marshal, and to the United States
12          Pretrial Services Officer.
```

DATED this 21th day of August, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge