Magistrate Judge James P. Donohue

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

AUG 2  2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

06-MJ-00430-M

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   06-430 M |
| Plaintiff, ) | |
| v. ) | MOTION FOR DETENTION ORDER |
| WILLAM E. ALLEN, ) | |
| Defendant. ) | |

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (f):

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involves (check all that apply):

   ___ Crime of violence (18 U.S.C. § 3156).

   ___ Maximum sentence of life imprisonment or death

   ___ 10 + year drug offense

   ___ Felony, with two prior convictions in the above categories

   _X_ Serious risk the defendant will flee

   _X_ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   _X_ Defendant's appearance as required

   ___ Safety of any other person and the community

MOTION FOR DETENTION ORDER / William E. Allen — 1

1   3. **Rebuttable Presumption**. The United States will not invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (check one or more):

  ___ Probable cause to believe defendant committed 10+ year drug offense or firearm offense under 18 U.S.C. § 924(c)

  ___ Previous conviction for "eligible" offense committed while on pretrial bond

  ___ Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

4. **Time for Detention Hearing**. The United States requests the Court conduct the detention hearing:

  ___ At the initial appearance

  _X_ After continuance of 3 days (not more than 3)

5. **Other matters**.

DATED this 21st day of August, 2006.

Respectfully submitted,

JOHN McKAY
United States Attorney

JOHN J. LULEJIAN
Assistant United States Attorney

MOTION FOR DETENTION
ORDER/William E. Allen — 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970