United States District Court-
for the
Western District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | 06-430M |
| vs. ) | |
| ) | |
| WILLIAM ALLEN ) | |
| ) | ORDER APPOINTING |
| Defendant ) | ASSISTANT FEDERAL |
| ) | PUBLIC DEFENDER |
| ) | |
| ) | |
| _____ ) | |

On the basis of the above-named defendant's sworn financial statement, the court finds that he/she is financially unable to retain counsel and that the Federal Public Defender for the Western District of Washington be and is hereby appointed to represent the above-named defendant pursuant to Title 18 United States code 3006A.

Dated this 21st day of August 2006

_____
United States Magistrate Judge

ORDER APPOINTING F.P.D.

06-MJ-00430-ORD