CLOSED

# U.S. District Court
## WESTERN DISTRICT OF WASHINGTON (Seattle)
## CRIMINAL DOCKET FOR CASE #: 2:06-mj-00430-JPD-ALL
### Internal Use Only

Case title: USA v. Allen

Other court case number: 3:06cr00004-JWS District of Alaska

Date Filed: 08/21/2006

*RECEIVED AUG 28 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA*

Assigned to: James P. Donohue

**Defendant**

**William E Allen** (1)
*TERMINATED: 08/21/2006*

represented by **Timothy R Lohraff**
FEDERAL PUBLIC DEFENDER'S OFFICE (SEA)
1601 5TH AVE
STE 700 WESTLAKE CENTER OFFICE TOWER
SEATTLE, WA 98101
206-553-1100
Fax: FAX 553-0120
Email: tim_lohraff@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None



*I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By H. [illegible] Zachary
Deputy Clerk*

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1344 Bank Fraud, 18:500 Passing counterfeit money orders, 18:1957 Engagin in monetary transactions in criminally derived property

**Disposition**

**Plaintiff**

USA    represented by    **John Joseph Lulejian**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970
Email: John.Lulejian@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/20/2006 |  | Arrest of William E Allen on 8/20/2006. (HAZ, ) (Entered: 08/22/2006) |
| 08/21/2006 | 1 | CHARGING DOCUMENT RECEIVED FROM OTHER COURT as to William E Allen (HAZ, ) (Entered: 08/22/2006) |
| 08/21/2006 | 2 | **NON-PUBLIC** Financial Affidavit by William E Allen signed by Judge James P. Donohue.(HAZ, ) (Entered: 08/22/2006) |
| 08/21/2006 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Tim Lohraff by Judge James P. Donohue. (HAZ, ) (Entered: 08/22/2006) |
| 08/21/2006 | 4 | MOTION for Detention by USA as to William E Allen. (HAZ, ) (Entered: 08/22/2006) |
| 08/21/2006 | 5 | Minute Entry for proceedings held before Judge James P. Donohue - CRD: *HAZ*; AUSA: *J LULEJIAN*; Def Cnsl: *T LOHRAFF*; PTS: *K NEUMEISTER*; Time of Hearing: *2:30 PM*; Courtroom: *12B*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS** as to William E Allen held on 8/21/2006. CT reviews financial affidavit and appoints counsel. Defendant advised of rights and charges pending in District of Alaska. Govt moves for detention. Deft reserves issue for charging district and stipulates at this time. Defendant signs Rule 5 hearing waiver. CT signs Order of Transfer. Defendant(s) remanded to custody. (HAZ) (Entered: 08/22/2006) |
| 08/21/2006 | 6 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to District of Alaska as to William E Allen by Judge James P. Donohue. (cc: PTS, USMO) (HAZ, ) (Entered: 08/22/2006) |

| 08/22/2006 | 7 | DETENTION ORDER PENDING TRIAL as to William E Allen by Judge James P. Donohue. (cc: PTS, USMO) (HAZ, ) (Entered: 08/22/2006) |