MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. WILLIAM E. ALLEN          CASE NO. 3:06-cr-00004-JWS
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:                JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:               APRIL KARPER

UNITED STATES ATTORNEY:              KAREN LOEFFLER

DEFENDANT'S ATTORNEY:                SUE ELLEN TATTER - APPOINTED

U.S.P.O.:                            PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD SEPTEMBER 12, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:32 p.m. court convened.

_X_ Copy of Indictment given to defendant: waived reading.

_X_ Defendant sworn.

_X_ Defendant advised of general rights. _X_ Waived full advisement of rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant states true name: Same as above.

_X_ Financial Affidavit **FILED**.
   _X_ Federal Public Defender accepted appointment; FPD notified.

_X_ Plea(s): Not Guilty to counts 1 thru 19 of the Indictment.

_X_ Defendant detained/Detention Hearing set for **September 19, 2006 at 9:30 a.m.**

_X_ Order of Temporary Detention Pending Hearing **FILED**.

_X_ Pretrial motions due **October 2, 2006**; Order for the Progression of a Criminal Case without Trial by Jury and Final Pretrial Conference **FILED.**

_X_ Counsel advised no trial date has been set. Government unavailable December 20, 2006 thru December 28, 2006.

_X_ OTHER: Court and counsel heard re plaintiff's oral motion for a detention hearing; **GRANTED.**

At 1:49 p.m. court adjourned.

DATE: September 12, 2006      DEPUTY CLERK'S INITIALS: amk