Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM EDWARD ALLEN,<br><br>    Defendant. | NO. 3:06-cr-00004-JWS<br><br>**ENTRY OF APPEARANCE** |

       Sue Ellen Tatter, Assistant Federal Public Defender for the District of Alaska, hereby enters her appearance as counsel for the Defendant William Edward Allen in the above-captioned action.

       DATED this 13th day of September 2006.

       Respectfully submitted,

       s/Sue Ellen Tatter
       Assistant Federal Defender
       601 West Fifth Avenue, Suite 800
       Anchorage, AK 99501
       Phone:      907-646-3400
       Fax:           907-646-3480
       E-Mail:      sue_ellen_tatter@fd.org

<u>Certification:</u>
I certify that on September 13, 2006,
a copy of the ***Entry of Appearance***
was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

<u>s/Sue Ellen Tatter            </u>