(Rev 6/06)

# LIST OF EXHIBITS

Case No. 3:06-CR-00004-JWS  Magistrate Judge/~~Judge~~: John D. Roberts

Title U.S.A.

vs. William E. Allen

Dates of Hearing/~~Trial~~: September 19, 2006

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Karen Loeffler | Sue Ellen Tatter |
|  |  |
|  |  |

----------EXHIBITS----------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | 9/19 | Documents |  |  |  |  |