Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM EDWARD ALLEN,<br><br>　　　　　Defendant. | NO. 3:06-cr-00004-JWS<br><br>**UNOPPOSED  MOTION ON SHORTENED TIME TO CONTINUE THE DEADLINE FOR FILING PRETRIAL MOTIONS** |

　　　　　The defendant, WILLIAM EDWARD ALLEN, through counsel, moves this court to continue the deadline for filing pretrial motions for ten days.  The pretrial motions are do today, October 2, 2006.

　　　　　This motion is based on the attached affidavit of counsel and is non-opposed by Assistant U.S. Attorney Karen Loeffler.

DATED this 2nd day of October 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: sue_ellen_tatter@fd.org

Certification:
I certify that on October 2, 2006,
a copy of the *Unopposed Motion on Shortened Time to Continue Time for Filing Pretrial Motions*
was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

s/Sue Ellen Tatter