UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM EDWARD ALLEN,<br><br>Defendant. | NO. 3:06-cr-00004-JWS<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE THE DEADLINE FOR FILING PRETRIAL MOTIONS** |

After due consideration of the defendant's Unopposed Motion on Shortened Time to Continue The Deadline for Filing Pretrial Motions for ten days, the motion is GRANTED.  IT IS HEREBY ORDERED that the date for filing pretrial motions shall be extended from October 2, 2006, to October 12, 2006.

DATED this ____ day of October 2006.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE