Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM EDWARD ALLEN,<br><br>　　　　　Defendant. | NO. 3:06-cr-00004-JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

　　　　　Sue Ellen Tatter, being first duly sworn upon oath, deposes and states:

　　　　　1.　　I am counsel for the defendant, William Allen.  He is charged with numerous counts of bank fraud and passing counterfeit money orders.

　　　　　2.　　On September 14 and 15, 2006, I received more than 1,000 pages of discovery.  There are numerous money orders, bank records, statements, checks and e-mails.  I have not read all the discovery yet, much less analyzed its admissibility.

3.    In view of the complexity and amount of documentation here, I request additional time to file pretrial motions so I can provide effective assistance of counsel.

4.    Assistant U.S. Attorney Karen Loeffler does not oppose this motion.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Sue Ellen Tatter

SUBSCRIBED AND SWORN to before me this 2nd day of October 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on October 2, 2006,
a copy of the *Affidavit of Counsel*
was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

s/Sue Ellen Tatter