Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>WILLIAM EDWARD ALLEN,<br><br>            Defendant. | NO. 3:06-cr-00004-JWS<br><br>**JOINT MOTION TO CONTINUE TRIAL** |

        The parties both agree that, in light of the superceding indictment and the voluminous discovery, the trial date of November 6, 2006, does not adequately address effective assistance of counsel and the interests of justice.  The parties both request a trial date of December 4, 2006.

        Assistant U.S. Attorney Karen Loeffler has authorized the Assistant Federal Defender to file this request as a joint motion to continue trial.

DATED this 17th day of October 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:        907-646-3400
Fax:          907-646-3480
E-Mail:       sue_ellen_tatter@fd.org

Certification:
I certify that on October 17, 2006,
a copy of the *Joint Motion to Continue
Trial* was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter