UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM EDWARD ALLEN,<br><br>Defendant. | NO. 3:06-cr-00004-JWS<br><br>**PROPOSED ORDER CONTINUING TRIAL** |

After due consideration of the Joint Motion to Continue Trial, the motion is GRANTED. The trial in this case, currently scheduled for November 6, 2006, is rescheduled to _____, 2006, at _____ \_\_\_\_.m. The final pretrial conference, scheduled for November 6, 2006, is rescheduled to _____ _____, 2006, at _____ \_\_\_\_.m.

DATED this \_\_\_\_ day of October 2006.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE