MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. WILLIAM E. ALLEN      CASE NO. 3:06-cr-00004-JWS
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES ATTORNEY:          JAMES BARKELEY FOR KAREN LOEFFLER

DEFENDANT'S ATTORNEY:          KEVIN MCCOY FOR SUE ELLEN TATTER

U.S.P.O.:          PAULA MCCORMICK

PROCEEDINGS: ARRAIGNMENT ON SUPERSEDING INDICTMENT
           HELD OCTOBER 19, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:45 a.m. court convened.

_X_ Copy of Superseding Indictment given to defendant: waived
    reading.

_X_ Defendant waived full advisement of rights.

_X_ Defendant advised of charges and penalties.

_X_ Plea(s): Not Guilty to counts 1 thru 21 of the Superseding
    Indictment.

_X_ Defendant's detention continued.

_X_ Pretrial motions addressing new charges in the Superseding
    Indictment due **October 30, 2006**.

At 10:52 a.m. court adjourned.

DATE:   October 19, 2006    DEPUTY CLERK'S INITIALS:   amk