**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*UNITED STATES OF AMERICA*   v.   *WILLIAM E. ALLEN*

THE HONORABLE JOHN W. SEDWICK          3:06-cr-00004-JWS (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  October 27, 2006

    The joint motion to continue trial at docket 22 is **GRANTED** as follows:  The final pre-trial conference is continued to **3:00 p.m.** on **Monday, December 4, 2006**; the trial by jury is continued to **9:00 a.m.** on **Tuesday, December 5, 2006.**  The trial date is within the Speedy Trial Act window when excludable delay is taken into account.

    By agreement of the judges, this case is re-assigned to Hon. James K. Singleton for trial.