Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM EDWARD ALLEN,<br><br>　　　　Defendant. | NO. 3:06-cr-00004-JKS<br><br>**MOTION TO CONTINUE TRIAL** |

　　　　The defendant, WILLIAM EDWARD ALLEN, through counsel, pursuant to 18 U. S. C. § 3161(h)(8), requests this court to continue the trial for approximately 12 weeks.  This continuance is necessary to provide Mr. Allen with effective assistance of counsel.  He is incarcerated but consents to this continuance,.

　　　　As described in the attached affidavits of counsel and the investigator Frank Wake (Exhibit A), there are numerous witnesses, some out of the country, who need to be contacted prior to trial.  These witnesses have been recently identified through review of discovery and other witness interviews.

DATED this 20th day of November 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on November 20, 2006,
a copy of the *Motion to Continue Trial*
was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter