Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM EDWARD ALLEN,<br><br>　　　Defendant. | NO. 3:06-cr-00004-JKS<br><br>**AFFIDAVIT OF FRANK WAKE** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Frank Wake, being first duly sworn upon oath, deposes and states:

1.    I am an investigator for the Federal Defender Office, Anchorage, Alaska.

2.    I have been so employed for the past six years.

3.    I have been assigned to assist Sue Ellen Tatter, Assistant Federal Defender, in preparing William Allen's case for trial.

4.    The trial date is currently December 5, 2006.

5.    I have reviewed all the discovery provided by the government to date.

6.    I have met with the Secret Service Agent and reviewed all the evidence they are holding for trial.

7.    I have met extensively with Mr. Allen at the Anchorage Jail East complex.

8.    I believe there is substantial investigative work still to be done to prepare Mr. Allen's case for trial.

9.    In my professional opinion this assignment should involve trips to England, Canada and Nigeria to interview potentially exonerating witnesses and secure business records.    This trip could occupy a week to two weeks.    I have identified approximately ten witnesses in foreign countries who could assist in the defense of this case.

10.    Any Outside travel needs to be coordinated with the Federal Defender administrative office in Washington, DC and takes considerable time and effort.


FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Frank Wake


SUBSCRIBED AND SWORN to before me this 15th day of November 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on November 15, 2006,
a copy of the ***Affidavit of Counsel***
was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Sue Ellen Tatter