UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:06-cr-00004-JKS |
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| WILLIAM EDWARD ALLEN, | |
| Defendant. | |

After due consideration of the defendant's Motion to Continue Trial, the motion is GRANTED.  The trial in this case, currently scheduled for December 5, 2006, is continued to _____, 2007, at _____  ____.m.  The final pretrial conference, set for December 4, 2006, is rescheduled for to _____, 2007, at _____  ___.m.


DATED this _____ day of November 2006.


_____
JAMES K. SINGLETON
U.S. DISTRICT JUDGE