Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM EDWARD ALLEN,<br><br>Defendant. | NO. 3:06-cr-00004-JKS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Sue Ellen Tatter, being first duly sworn upon oath, deposes and states:

1.  Ii am counsel for the defendant.  He is a 62-year-old former minister and  engineer (with no prior record) who has traveled and worked extensively in Africa, including Nigeria.  He is charged with a complex "Nigerian advance fee" fraud, in which he is alleged to have knowingly passed false and fraudulent checks and money orders.

2.  I have reviewed many documents, witness statements and negotiable instruments.  I have discussed the case extensively with my client and my investigator.  I

believe my client has a defense to the charges, but we need to interview many witnesses to determine the factual support for our defense.

3. My client is unique among those charged with Nigerian advance fee fraud, because he has a factual basis for a good faith belief that organizations in Nigeria owe him money. However, my investigator needs to contact some of the individuals and organizations to document facts. Because this effort involves travel out of the country, the defender organization needs time to process our requests.

4. I suggest a time in March 2007, for this trial. Counsel for defendant is involved in an education program January 15 to February 16, 2007.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/Sue Ellen Tatter

SUBSCRIBED AND SWORN to before me this 20th day of November 2006.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008

<u>Certification</u>:
I certify that on November 20, 2006,
a copy of the ***Affidavit of Counsel***
was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

<u>s/Sue Ellen Tatter            </u>