NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567
Phone:  (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No.3:06-CR-004-JKS |
| ) | |
| Plaintiff,      ) | |
| ) | **JOINT MOTION ON SHORTENED** |
| vs.              ) | **TIME FOR SCHEDULING** |
| ) | **CONFERENCE AS TO TRIAL** |
| WILLIAM E. ALLEN,                    ) | **DATE** |
| ) | |
| Defendant.    ) | |

COMES NOW the United States of America, by and through counsel, and moves this court, on shortened time, for a scheduling conference as to the trial date in the above captioned case.  Defendant has moved to continue the trial now set for December 5, 2006.  The government does not oppose this motion and has consulted with defense counsel who has agreed to this joint motion for a scheduling hearing to set the trial date.

Counsel seek this hearing, on shortened time, as the government has served numerous out of state witnesses with trial subpoenas. The government would respectfully request a hearing as soon as possible so that the witnesses can be contacted before making travel arrangements to Alaska. Defense counsel has agreed to this request for a hearing as soon as possible at the court's convenience.

RESPECTFULLY SUBMITTED November 20, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Karen L. Loeffler
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

CERTIFICATE OF SERVICE
I declare hereby certify that on November 20, 2006
a copy of the foregoing was served electronically
on Sue Ellen Tatter, Asst. Federal Public Defender.

s/Karen Loeffler