NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No 3:06-CR-004-JKS |
|---|---|
| Plaintiff, | ) |
| | ) **PROPOSED ORDER FOR** |
| | ) **SCHEDULING** |
| vs. | ) **CONFERENCE AS TO TRIAL** |
| | ) **DATE** |
| WILLIAM E. ALLEN, | ) |
| | ) |
| Defendant. | ) |

Having considered the joint motion filed by the United States for a

scheduling conference as to the trial date in this case, IT IS HEREBY ORDERED

that a Scheduling Conference is set for _____, ___, 2006, at _____

    IT IS SO ORDERED.

    DATED this ____ day of November, 2006, at Anchorage, Alaska.

                                               _____
                                               UNITED STATES DISTRICT COURT JUDGE