MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.   WILLIAM E. ALLEN   CASE NO. 3:06-CR-00004-JKS
Defendant: X Present   X In Custody

BEFORE THE HONORABLE:   JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:   CAROLINE EDMISTON

UNITED STATES' ATTORNEY:   KAREN LOEFFLER

DEFENDANT'S ATTORNEY:   SUE ELLEN TATTER

PROCEEDINGS: MOTION TO CONTINUE TRIAL (DKT 29) Held 11/21/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:02 a.m. court convened.

Court and counsel heard re Motion to continue trial (DKT 29); **GRANTED.**

Court finds excludable delay under 18 U.S.C. Section 3161 (h)(8)(A)(B) Continuance granted (h)(8)(B)(ii) Case unusual or complex (h)(8)(B)(iv) Continuance granted in order to obtain counsel, substitute counsel, or give reasonable time to prepare.

Final Pretrial Conference set December 4, 2006 at 3:00 p.m. **VACATED.**
Trial by Jury set December 5, 2006 at 9:00 a.m. **VACATED**.

Final Pretrial Conference set **March 12, 2007 at 9:00 a.m.**
Trial by Jury set **March 13, 2007 at 9:00 a.m.**

Court directed all subpoena's are continued until new court dates.

Defendant's detention continued.

At 11:12 a.m. court adjourned.

DATE:   November 21, 2006   DEPUTY CLERK'S INITIALS:   Ce