Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM EDWARD ALLEN,<br><br>　　　　　Defendant. | NO. 3:06-cr-00004-JKS<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO CONTINUE TRIAL** |

　　　　The defendant, WILLIAM EDWARD ALLEN, through counsel, pursuant to 18 U. S. C. § 3161(h)(8), requests this court to continue the trial for approximately two to three weeks.  This continuance is necessary to provide Mr. Allen with effective assistance of counsel.  He is incarcerated but consents to this continuance,.

　　　　As described in the affidavit of Rich Curtner, filed concurrently with this motion, Sue Ellen Tatter will be out of the country until February 20, 2007.  She is scheduled for a week-long training program the week of March 5, 2007, and will need at least an additional week from the previously scheduled trial date of March 13, 2007, to be prepared for trial.

As described in the attached affidavit of Investigator Frank Wake (Exhibit A), there are numerous witnesses, some out of the country, who need to be contacted prior to trial. These witnesses have been identified through review of discovery and other witness interviews.

Assistant U.S. Attorney Karen Loeffler does not oppose a continuance to either the week of March 19, or the week of April 23, 2007.

DATED this 24th day of January 2007.

Respectfully submitted,

/s/Rich Curtner
for Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: sue_ellen_tatter@fd.org

Certification:
I certify that on January 24, 2007,
a copy of the *Unopposed Motion on Shortened Time to Continue Trial* was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

/s/Rich Curtner