Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM EDWARD ALLEN,<br><br>　　　　Defendant. | NO. 3:06-cr-00004-JKS<br><br>**AFFIDAVIT OF FRANK WAKE** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

　　　　Frank Wake, being first duly sworn upon oath, deposes and states:

　　　　1.　　I am an investigator for the Federal Defender Office, Anchorage, Alaska.

　　　　2.　　I have been so employed for the past six years.

　　　　3.　　I am the investigator assigned to assist Sue Ellen Tatter, Assistant Federal Defender, in preparing William Allen's case for trial.

　　　　4.　　I have worked extensively on Mr. Allen's case for the past several months.

5. It has been difficult to communicate with Mr. Allen, as he is in custody and was transferred to the Federal Detention Center in Seattle, Washington.

6. In preparation for Mr. Allen's trial, witnesses and locations in foreign countries have been identified.

7. I have been in the process of getting approval for travel outside the United States from the Office of Defender Services in Washington, D.C.

8. It is an involved and complicated process to get authorization for an official passport, a travel Visa for Nigeria, the appropriate and required inoculations, travel arrangement approval and locating individuals in various foreign countries.

9. I believe additional time is necessary to prepare for Mr. Allen's trial.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*Frank Wake*

SUBSCRIBED AND SWORN to before me this 24th day of January 2007.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008