UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM EDWARD ALLEN,<br><br>    Defendant. | NO. 3:06-cr-00004-JKS<br><br>**PROPOSED ORDER** |

After due consideration of the defendant's Unopposed Motion on Shortened Time to Continue Trial, the motion is GRANTED. The trial in this case, currently scheduled for March 6, 2007, is continued to _____, 2007, at _____ ___.m. The final pretrial conference, set for March 5, 2007, is rescheduled for _____, 2007, at _____ ___.m.

DATED this ____ day of January 2007.

_____
JAMES K. SINGLETON
U.S. DISTRICT JUDGE