Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM EDWARD ALLEN,<br><br>Defendant. | NO. 3:06-cr-00004-JKS<br><br>**AFFIDAVIT OF RICH CURTNER** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Rich Curtner, being first duly sworn upon oath, deposes and states:

1.　　I am the Federal Defender for the District of Alaska.

2.　　Sue Ellen Tatter is counsel for Defendant William Allen.  She is currently in a language training program in Guatemala until February 20, 2007.

3.　　Sue Ellen Tatter has asked me to handle Mr. Allen's case and represent Mr. Allen in her absence.

4. Investigator Frank Wake is scheduling investigation in Montreal, London, Amsterdam and Nigeria. He has not been able to obtain a Visa from the Nigerian government as of this date.

5. Sue Ellen is scheduled for a week-long training program in Anchorage the week of March 5, 2007. She will need at least a two-week continuance from March 5, to prepare for trial.

6. Frank Wake should have completed his investigation in time to prepare for a trial the week of March 19, 2007.

7. On January 24, 2007, Assistant U.S. Attorney Karen Loeffler stated that she does not oppose a continuance of the trial in this case. Ms. Loeffler would prefer the week of March 19. She has another major trial the week of April 2, 2007, but would be available for trial in this case the week of March 19 or the week of April 23, 2007.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/Rich Curtner

SUBSCRIBED AND SWORN to before me this 24th day of January 2007.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Certification:
I certify that on January 24, 2007,
a copy of the *Affidavit of Rich Curtner*
was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Rich Curtner