NELSON P. COHEN
United States Attorney

ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
Email: aunnie.steward@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00004-JKS-JDR |
| Plaintiff, | ) ) ) | NOTICE OF ATTORNEY APPEARANCE |
| vs. | ) ) | |
| WILLIAM E. ALLEN, | ) ) | |
| Defendant. | ) ) | |

COMES NOW the United States by and through counsel and hereby gives notice that Assistant United States Attorney Andrea T. (Aunnie) Steward now appears as co-counsel for the United States of America in the above-entitled action. All future correspondence should be sent to Karen L. Loeffler and Aunnie Steward in this matter:

KAREN L. LOEFFLER
ANDREA T. STEWARD
Assistant U.S. Attorneys
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov
E-mail: aunnie.steward@usdoj.gov


RESPECTFULLY SUBMITTED this 26th day of January, 2007, at

Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Andrea T. Steward
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: aunnie.steward@usdoj.gov


CERTIFICATE OF SERVICE

I declare hereby certify that on January 26, 2007
a copy of the foregoing was served electronically
on Sue Ellen Tatter.


 s / Andrea T. Steward
Assistant U.S. Attorney