NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>WILLIAM E. ALLEN,<br><br>            Defendant. | Case No. 3:06-cr-00004-JKS-JDR<br><br>**UNOPPOSED MOTION TO RESCHEDULE SCHEDULING CONFERENCE** |

     COMES NOW Plaintiff, the United States of America, and moves this court to reschedule the hearing on the defendant's motion to continue trial currently scheduled for February 15 at 8:30 a.m. to any date and time prior to February 15. This request is made because lead government counsel, Karen Loeffler, will be out of the district from February 15 returning to the office on February 20 at approximately 9:30 a.m.

Government counsel has spoken to Federal Public Defender Richard Curtner, who represented on behalf of Mr. Allen's counsel, Sue Ellen Tatter, that he is available on February 14 and does not oppose this motion.

Government counsel has a number of conflicts in April and May involving a trial set for April 2 and travel outside the country April 23 - May 5 and therefore would request that the hearing take place at a time that would permit her to be present.

RESPECTFULLY SUBMITTED this <u>6th</u> day of February, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

<u>s/Karen L. Loeffler</u>
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**

<u>I hereby certify that on February 6, 2007,
a copy of the foregoing was served electronically, on:</u>

Sue Ellen Tatter

s/ Karen Loeffler_____