IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-00004-JKS-JDR |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER TO RESCHEDULE** |
| vs. ) | **SCHEDULING CONFERENCE** |
| ) | |
| WILLIAM E. ALLEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

Having considered the Government's Motion to Reschedule Scheduling Conference filed in the above captioned case, IT IS HEREBY ORDERED that the Government's Motion is GRANTED/DENIED. The scheduling conference is rescheduled for _____.

IT IS SO ORDERED.

DATED this ____ day of _____, 2007, at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE