```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. WILLIAM E. ALLEN             CASE NO. 3:06-cr-00004-JKS
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:          JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES' ATTORNEY:       KAREN LOEFFLER AND ANDREA STEWARD

DEFENDANT'S ATTORNEY:          F. RICHARD CURTNER

PROCEEDINGS: HEARING ON MOTION TO CONTINUE TRIAL (DKT 35)
             HELD FEBRUARY 14, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:40 a.m. court convened.

Court and counsel heard re defendant's Third Unopposed Motion on Shortened Time to Continue Trial (Dkt 35); **GRANTED**. Final Pretrial Conference previously set for March 5, 2007 at 9:00 a.m. is **VACATED** and reset for **March 21, 2007 at 8:30 a.m.** Trial by Jury previously set for March 6, 2007 at 9:00 a.m. is **VACATED** and reset for **March 21, 2007 at 9:00 a.m.** Court found excludable delay under 18 U.S.C. § 3161(h)(8)(A)(B).

Defendant's detention continued.

At 8:48 a.m. court adjourned.

DATE:     February 14, 2007      DEPUTY CLERK'S INITIALS:  amk