Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:06-cr-00004-JKS |
| Plaintiff, | |
| vs. | **NOTICE OF INTENT TO CHANGE PLEA** |
| WILLIAM EDWARD ALLEN, | |
| Defendant. | |

The defendant, WILLIAM EDWARD ALLEN, through counsel, hereby gives notice of his intent to change his plea in accordance with an agreement to be finalized in the next several days.  The defense requests a hearing late in the week of March 12, 2007.

DATED this 7th day of March 2007.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on March 7, 2007,
a copy of the **Notice of Intent
to Change Plea** was served
electronically on:

Karen Loeffler
Andrea T. Steward
Assistant United States Attorneys
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and on March 8, 2007, a copy was
hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter