**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA    v.    WILLIAM E. ALLEN

THE HONORABLE JOHN W. SEDWICK     CASE NO.   3:06-cr-00004-JWS

Deputy Clerk

Robin M. Carter

APPEARANCES:   for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

Defendant has given notice of intent to change plea. Accordingly, the Final Pretrial Conference set for March 21, 2007 at 8:30 a.m., and the Trial by jury set for March 21, 2007 at 9:00 a.m. are **VACATED**. A proposed change of plea proceeding will be conducted at 2:00 p.m. on March 21, 2007. The assigned judge is not available late in the week of the 12th, the time requested.

DATE:  March 8, 2007

ENTERED AT JUDGE'S DIRECTION
INITIALS:  rmc
Deputy Clerk

[FORMS*IA*]