```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs __WILLIAM E. ALLEN__          CASE NO. __3:06-CR-00004-JWS__
Defendant: _X_ Present    _X_ In Custody

BEFORE THE HONORABLE          JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:        SUZANNETTE LUCERO

UNITED STATES ATTORNEY:       KAREN LOEFFLER

DEFENDANT'S ATTORNEY:         SUE ELLEN TATTER

U.S.P.O.:                     SCOTT KELLEY

PROCEEDINGS: PROPOSED CHANGE OF PLEA HEARING HELD 3/21/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:06 p.m. court convened.

_X_ Defendant sworn.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant states true name: WILLIAM EDWARD ALLEN   Age: 61

_X_ Defendant changed plea(s) to guilty on Counts _7 and 19_ of
    Superseding Indictment.

_X_ Court accepted plea(s).  _X_ Referred to P.O. for presentence
                                 report.

_X_ Imposition of Sentence set for  **6/13/07 at 8:30 a.m.**

_X_ OTHER:  Court reserved approval of plea agreement after
    reviewing presentence report. Defendant's detention continued.

At 2:29 p.m. court adjourned.




DATE: __March 21, 2007__    DEPUTY CLERK'S INITIALS:     SCL