NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov


Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00004-JKS-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO CONTINUE** |
| vs. | ) | **SENTENCING FOR ONE WEEK** |
| | ) | |
| WILLIAM E. ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff, the United States of America, and moves this court

to continue the sentencing in the above captioned case from Wednesday, June 13

to any time the next week. This motion is made in order to give the government

time to research one issue with regard to the draft presentence report and then

provide sufficient time for objections, if any, before the final report is due.

Currently any objections to the draft presentence report are due on May 24, 2007.  Government counsel will be out of town from May 20 - May 29, 2007, and will also be out of town on the currently scheduled sentencing date of June 13. For this reason, the government requests a one week extension on the time to provide objections to the draft presentence report in order to research one guideline issue and discuss it with defense counsel and the presentence writer. The government then requests a one week extension of time for the sentencing to allow sufficient time for the final presentence report.

Government counsel has spoken with defense counsel about the continuance necessary to accommodate her absence on June 13, but, at the time did not solicit her position with regard to a one week continuance asking only about a one day continuance.  For this reason the government cannot relate defendant's position concerning the one week request.

For the above reasons, the government respectfully requests that the court grant a one week continuance of the sentencing in the above captioned case.

//   //


//   //


U S v. Allen
3:06-cr-00004-JKS-JDR                           2

RESPECTFULLY SUBMITTED this 22nd day of May, 2007, in

Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Karen L. Loeffler
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567
Phone:  (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2007,
a copy of the foregoing Motion to Continue Sentencing
for One Week was served electronically, on:

Sue Ellen Tatter

s/ Karen Loeffler

U S v. Allen
3:06-cr-00004-JKS-JDR                    3