IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-00004-JKS-JDR |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| | ) | **GRANTING MOTION TO** |
| vs. | ) | **CONTINUE SENTENCING FOR** |
| | ) | **ONE WEEK** |
| WILLIAM E. ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The government's Motion to Continue Sentencing for One Week in this case is hereby GRANTED. It is ordered that the hearing will be continued to the

_____ day of _____, 2007, at _____a.m./p.m.

IT IS SO ORDERED.


Dated: _____          _____
                                                                    United States District Court Judge