Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WILLIAM EDWARD ALLEN,<br><br>　　　　Defendant. | NO. 3:06-cr-00004-JKS<br><br>**NOTICE OF NON-OPPOSITION TO GOVERNMENT'S MOTION TO CONTINUE SENTENCING (Docket No. 50)** |

　　　　The defendant, WILLIAM EDWARD ALLEN, through counsel, hereby gives notice that he has no opposition to the government's motion for a continuance of his sentencing for approximately one week.  His sentencing is currently scheduled for June 13, 2007.

　　　　DATED this 22nd day of May 2007.

　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　s/Sue Ellen Tatter
　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　601 West Fifth Avenue, Suite 800
　　　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　　　Phone:　　907-646-3400
　　　　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　　　　E-Mail:　　sue_ellen_tatter@fd.org

<u>Certification</u>:
I certify that on May 22, 2007,
a copy of the **_Notice of Non-Opposition
to Government's Motion to Continue
Sentencing(Docket No. 50)_** was served
electronically on:

Karen Loeffler
Andrea T. Steward
Assistant United States Attorneys
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter