MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*　　v.　　*WILLIAM E. ALLEN*

**The Honorable John W. Sedwick**　　　3:06-cr-00004-JWS

**MINUTE ORDER FROM CHAMBERS**　　　May 23, 2007
_____

　　　The motion to continue the sentencing at docket 50 is **GRANTED** as follows: The sentencing proceeding is continued to **8:30 AM** on **June 21, 2007**.


-------------------