NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>WILLIAM E. ALLEN,<br><br>             Defendant. | Case No. 3:06-cr-00004-JWS-JDR<br><br>**JOINT MOTION FOR ONE DAY EXTENSION OF TIME TO FILE SENTENCING MEMORANDA**<br><br>*Filed on shortened time* |

COMES NOW Plaintiff, the United States of America, and moves this court, with the concurrence of counsel for the defendant, for a one day extension of time for the parties to file their sentencing memoranda.

The reason for this request is that the parties have met and conferred today, June 14, 2007, to discuss issues raised by the presentence report and the plea

agreement. The parties both request a one day extension to file their sentencing memoranda so that they may continue to confer regarding each parties' position concerning the applicable guideline calculation, discuss their respective positions and address any differences in their memoranda.

RESPECTFULLY SUBMITTED this 14th day of June, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Karen L. Loeffler
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2007,
a copy of the foregoing JOINT MOTION
FOR ONE DAY EXTENSION OF TIME
TO FILE SENTENCING MEMORANDA
was served electronically, on:

Sue Ellen Tatter

s/ Karen Loeffler