IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM E. ALLEN,<br><br>　　　　Defendant. | ) Case No. 3:06-cr-00004-JWS-JDR<br>)<br>)<br>) **[PROPOSED] ORDER**<br>) **GRANTING MOTION FOR ONE**<br>) **DAY EXTENSION OF TIME TO**<br>) **FILE SENTENCING**<br>) **MEMORANDA**<br>)<br>)<br>) |

The Joint Motion for One Day Extension of Time to File Sentencing Memoranda in this case is hereby GRANTED.

IT IS SO ORDERED.


Dated: _____	       _____
　　　　　　　　　　　　　　　　　　　　United States District Court Judge