MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __WILLIAM E. ALLEN__   CASE NO. __3:06-CR-00004-JWS__
Defendant: _X_ Present  _X_ In Custody

BEFORE THE HONORABLE:        JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:       SAMANTHA LARK/CAROLINE EDMISTON

UNITED STATES' ATTORNEY:     KAREN LOEFFLER

DEFENDANT'S ATTORNEY:        SUE ELLEN TATTER

U.S.P.O.:                    SCOTT KELLEY

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 06/21/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:07 p.m. court convened.

_X_ Notice of Appeal form given to defense counsel.

_X_ Court stated findings/reasons pursuant to sentencing guidelines.

_X_ Imprisonment for a period of _46 months on each of Counts 7 and 19, such terms to run concurrently._

_X_ Defendant placed on supervised release for a period of _five years on Count 7, and three years on Count 19, such terms to run concurrently_ under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

_X_ Special Assessment $_200.00_, due _immediately; Payment Coupon given to defendant._

_X_ Restitution $_149,523.39,_ to be paid to the following victims as stated in the judgment; Payment Coupon given to the defendant.

_X_ Defendant remanded to the custody of the U.S. Marshal.

_X_ On motion of the U.S. Attorney, remaining counts _1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20 & 21 of the Superseding Indictment_ are **DISMISSED**.

_X_ Court advised defendant of appeal rights.

_X_ OTHER: _Court and counsel heard re presentence report and objections, plea agreement, adjustments, departures, number of victims and victim impact statements heard._

At 1:40 p.m. court adjourned.

DATE:      June 21, 2007      DEPUTY CLERK'S INITIALS:   CE/SL

Revised 6/18/07