AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br>WILLIAM E. ALLEN | **SECRET**<br>WARRANT FOR ARREST<br><br>CASE NUMBER: 3:06-cr-00004-JWS<br>USMS – D/ALASKA – WARRANTS<br>FID # 1113674<br>WARRANT # 0606-0120-0359-5<br>Entered NCIC _____<br>Entered APSIN _____<br><br>Removed NCIC _____<br>Removed APSIN _____ |

RECEIVED JUN 26 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest WILLIAM E. ALLEN and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XXX] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense):
18:1344(1) and (2) - BANK FRAUD - Counts 1-8
18:500 - PASSING COUNTERFEIT MONEY ORDERS - Counts 9-16
18:1957 - ENGAGING IN MONETARY TRANSACTIONS IN CRIMINALLY DERIVED PROPERTY - Counts 17-19

in violation of Title United States Code, Section(s)

| | |
|---|---|
| Ida Romack<br>Name of Issuing Officer<br><br>by REDACTED SIGNATURE Deputy Clerk<br>Signature of Issuing Officer | Clerk of Court<br>Title of Issuing Officer<br><br>January 18, 2006 at Anchorage, Alaska<br>Date and Location |
| Bail Fixed at $ to be determined | by Magistrate Judge John D. Roberts |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at: SEATTLE, WA

| DATE RECEIVED JAN 18 06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/20/06 | SECRET SERVICE | |